# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-232V
UNPUBLISHED

| | |
|---|---|
| VERA LEFTRIDGE,<br><br>                      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                      Respondent. | Chief Special Master Corcoran<br><br>Filed: April 3, 2020<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Jimmy A. Zgheib, Zgheib Sayad, P.C., White Plains, NY,* for petitioner.

*Zoe Wade, U.S. Department of Justice, Washington, DC,* for respondent.

## DECISION AWARDING DAMAGES[1]

On February 11, 2019, Vera Leftridge filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccine administered on December 2, 2017. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On March 16, 2020, a ruling on entitlement was issued, finding Petitioner entitled to compensation for her SIRVA. On April 2, 2020, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $103,875.14. Proffer at 1. In the Proffer, Respondent represented that Petitioner agrees with the

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

proffered award.  *Id.*  Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $103,875.14 in the form of a check payable to Petitioner.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u><br>
Brian H. Corcoran<br>
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____
                                              )
VERA LEFTRIDGE,                 )       No. 19-232V     ECF
                                              )
    Petitioner,                         )
                                              )
v.                                           )       Chief Special Master Corcoran
                                              )
SECRETARY OF HEALTH AND )
HUMAN SERVICES,              )
                                              )
    Respondent.                       )
_____)

## PROFFER ON AWARD OF COMPENSATION

**I.**    **Procedural History**

On February 11, 2019, Vera Leftridge ("petitioner") filed a petition for compensation ("petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34, *as amended*. She alleges that, as a result of receiving the influenza ("flu") vaccine on December 2, 2017, she suffered from a right shoulder injury related to vaccine administration ("SIRVA"). *See* Petition. On March 10, 2020, respondent filed his Vaccine Rule 4(c) report, conceding a Table injury for SIRVA. On March 16, 2020, Chief Special Master Corcoran issued a ruling on entitlement, finding that petitioner was entitled to compensation for SIRVA.

**II.**    **Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded a lump sum of **$103,875.14** ($100,000.00 for pain and suffering, and $3,875.14 for unreimbursed expenses). This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

### III.  Form of the Award

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of **$103,875.14**, in the form of a check payable to petitioner.[1]  Petitioner agrees.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respectfully submitted,

                                JOSEPH H. HUNT
                                Assistant Attorney General

                                C. SALVATORE D'ALESSIO
                                Acting Director
                                Torts Branch, Civil Division

                                CATHARINE E. REEVES
                                Deputy Director
                                Torts Branch, Civil Division

                                GABRIELLE M. FIELDING
                                Assistant Director
                                Torts Branch, Civil Division

                                s/ Zoë Wade
                                ZOË WADE
                                Trial Attorney
                                Torts Branch, Civil Division
                                U.S. Department of Justice
                                P.O. Box 146, Ben Franklin Station
                                Washington, D.C. 20044-0146
                                Tel: (202) 616-4118
                                Fax: (202) 616-4310
                                Email: zoe.wade@usdoj.gov

Dated, April 2, 2020.

---

[1] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.